UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

JORGE REVERON,

                                                Plaintiff,

-against-

CITY OF NEW YORK,

                                               Defendant.

------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

08 CV 6507
(Kaplan, J.)

      **PLEASE TAKE NOTICE** that **DANIELLE J. BARRETT**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant.

Dated:      New York, New York
               July 29, 2008

                                                MICHAEL A. CARDOZO
                                                Corporation Counsel
                                                  of the City of New York
                                               Attorney for Defendant
                                               100 Church Street, Room 2-193
                                               New York, New York 10007-2601
                                               (212) 442-3229
                                               dbarrett@law.nyc.gov

                         By:     ECF:        /s/ _____
                                                    Danielle J. Barrett, Jr.
                                                    Assistant Corporation Counsel

To:    **STUART LICHTEN**
        Schwartz, Lichten & Bright
        275 Seventh Avenue -17[th] Floor,
        New York, New York, 10001
        Attorney for Plaintiff
        (By ECF)

08 CV 6507

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE REVERON,

           Plaintiff,

-against-

CITY OF NEW YORK,

           Defendant.

## NOTICE OF APPEARANCE

**MICHAEL A. CARDOZO**
Corporation Counsel of the City of New York
Attorney for Defendant
100 Church Street, Room 2-193
New York, New York 10007-2601

Of Counsel: Danielle J. Barrett
Tel.: (212) 442-3229

Matter No.: 2008-027183

*Service of which is hereby acknowledged:*

..............................., N.Y.  Dated: ...............................

Signed: ...............................

Print Name: ...............................

Attorney for: ...............................