08-07-2008   13:04    From-Schwartz Lichten Bright          2123581359        T-947   P 002/002   F-690

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                           x

JORGE REVERON,

                                          Plaintiff,    **STIPULATION**

                    -against-                           Docket No. 08 CV 6507
                                                        (Kaplan, J.)
CITY OF NEW YORK,

                                          Defendant.

----------------------------------------------- X

        **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties as

represented below, that defendant's time to respond to the complaint be, and it hereby is,

extended from August 11, 2008 until September 12, 2008, and that a facsimile signature on this

stipulation shall have the same effect as an original signature.

Dated:      New York, New York                          AUG  1 1 2008
            August 6, 2008


SCHWARTZ, LICHTEN & BRIGHT,          MICHAEL A. CARDOZO
P.C.                                 Corporation Counsel of the
Stuart Lichten                       City of New York
Attorneys for Plaintiff             Attorney for Defendant
275 Seventh Avenue – 17th Floor      100 Church Street, Room 2-193
New York, New York 10001             New York, New York 10007-2601
(212) 228-6320                       (212) 442-3229
slichten@slblaborlawyers.com         dbarrett@nyc.law.gov.


By: _____          By: _____
        Stuart Lichten                       Danielle J. Barrett
    Attorney for Plaintiff               Assistant Corporation Counsel

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

                                                        U.S.D.J.   8/12/08